IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06cr27-MEF |
| ) | WO |
| JUDY F. WASHINGTON ) | |

**ORDER ON MOTION**

Upon consideration of defendant's motion to continue pretrial conference (Doc. # 14), filed February 24, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The pretrial conference is rescheduled from February 28, 2006 to March 27, 2006 at 3:00 p.m. in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex.

DONE, this 27th day of February, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE